IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF:

LEGACY CORPORATION OF ILLINOIS, OWNER OF THE MV BOONE, FOR THE EXONERATION FROM OR LIMITATION OF LIABILITY,

Plaintiff-Petitioner.

CASE NO. 21-cv-176

IN ADMIRALTY

## RULE 54(b) DEFAULT JUDGMENT

This matter having come before the Court, and all persons and other entities other than American Commercial Barge Line LLC, whether known or unknown, have failed to file a claim and answer in this Limitation of Liability Action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED

(1) That a judgment by default is entered in favor of Petitioner Legacy Corporation of Illinois, Owner of the M/V BOONE (the "Vessel"), and against all persons and other entities other than American Commercial Barge Line LLC, whether known or unknown;

(2) That all persons and other entities other than American Commercial Barge Line LLC, whether known or unknown, that have not filed a claim and answer in this Limitation of Liability Action are forever barred and permanently enjoined from making and filing any claim or cause of action against Petitioner, or its insurers and underwriters, and/or the M/V *Boone* (Official No. 615180), in consequence of or arising out of or connected with the incident identified in the *Complaint for Exoneration From or Limitation of Liability* (Doc. 1)—that is, the sinking of the Vessel on or about August

12, 2020, at about 0430h, while being towed by the M/V DAVID A. LEWIS JR. in the Upper Mississippi River at approximately Mile Marker 43, near Thebes, Illinois, and subsequent survey and salvage operations;

(3)  That the Petitioner, its insurers and underwriters, and the Vessel are not liable for any damages, demands, or claims (excepting the undetermined claim of American Commercial Barge Line LLC) in consequence of or arising out of or connected with the incident identified in the *Complaint for Exoneration From or Limitation of Liability* (Doc. 1)—that is, the sinking of the Vessel on or about August 12, 2020, at about 0430h, while being towed by the M/V DAVID A. LEWIS JR. in the Upper Mississippi River at approximately Mile Marker 43, near Thebes, Illinois, and subsequent survey and salvage operations.

**MARGARET M. ROBERTIE, Clerk of Court**

Date: November 2, 2021    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**