## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF:<br>LEGACY CORPORATION OF ILLINOIS,<br>OWNER OF THE MV BOONE, FOR THE<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY<br><br>            Plaintiff-Petitioner,<br><br>      and<br><br>AMERICAN COMMERCIAL BARGE<br>LINE, LLC,<br><br>            Claimant. | CASE NO. 21-cv-176-JPG<br><br><u>IN ADMIRALTY</u> |

### <u>RULE 54(b) JUDGMENT</u>

The Court having been advised by counsel for the parties that the remaining claims in the above action have been settled;

IT IS HEREBY ORDERED AND ADJUDGED that the claims between the Plaintiff-Petitioner and the Claimant are dismissed with prejudice and without costs.

All other claims in this case were resolved by a Rule 54(b) Default Judgment entered November 2, 2021 (Doc. 41).

**Dated: May 15, 2023**                    **MONICA A. STUMP, Clerk of Court**

                                   **<u>s/Tina Gray, Deputy Clerk</u>**

**Approved:**    <u>s/ J. Phil Gilbert</u>
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**